502 P.2d 1355

STATE of Arizona, Appellee,

v.

Joseph Carl RENAUD, Appellant.

No. 2028.

Supreme Court of Arizona.

Nov. 16, 1972.

Further ordered: The judgment of conviction and sentence is affirmed.

502 P.2d 1355

In the Matter of the ESTATE of Andrew P. MARTIN, Deceased.

VALLEY NATIONAL BANK, Executor of the Estate of Andrew P. Martin, Deceased, and Arizona Board of Regents, Appellants,

v.

Dorothy ARTHUR, Mae Clark, Helen David, Victor J. Clark, Armond V. Ronstadt, Marjorie Skelton and Dell Marie Dodge, Appellees.

No. 10736–PR.

Supreme Court of Arizona.

Nov. 15, 1972.

Further ordered denying the Petition for Review, with Justice Holohan voting to grant.